# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD JACKSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06cv715 |
| | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| **ST. JAMES MANOR APTS., et.al.** | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| **RICHARD JACKSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07cv144 |
| | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| **ST. JAMES MANOR APTS., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the two above-entitled cases in which the pro se plaintiff, Richard Jackson, complains of First Amendment and possibly Fair Housing Act (FHA), 42 U.S.C. §§ 3601-3631, violations by the defendant. Having reviewed the record in these cases, I conclude that they involve common questions of law and fact and that, for ease of administration, the cases should be consolidated pursuant to Fed. R. Civ. P. 42(a). Rule 42(a) states:

> (a) Consolidation. When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

1

Dockets.Justia.com

Because Case No. 8:06cv715 is the earlier filed case, that case is designated as the lead case. The parties are directed to file all future pleadings in the lead case. Case No. 8:07cv144 will remain dormant until judgment is entered in the lead case, at which time a similar judgment will be entered in the later companion case. No filing fee will be assessed or collected in Case No. 8:07cv144, therefore, the plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 2) in that case will be denied as moot.

IT IS THEREFORE ORDERED:

1. That from the date of this Memorandum and Order, Case Nos. 8:06cv715 and 8:07cv144 are consolidated for all purposes;

2. That Case No. 8:06cv715 is designated as the lead case, and the parties are directed to file all future pleadings in the lead case;

3. That Case No. 8:07cv144 shall remain dormant until judgment is entered in the lead case, at which time a similar judgment will be entered in the companion case;

4. That no filing fee will be assessed and collected in the dormant companion case; therefore, the Motion to Proceed In Forma Pauperis (Filing No. 2) in case 8:07cv144 is denied as moot;

5. That the Clerk of Court shall enter all defendants listed on both complaints on the docket sheet for the lead case;

5. That both cases are assigned to the docket of District Judge Richard G. Kopf; and

6. That this Memorandum and Order shall be filed in both cases.

April 30, 2007.                    BY THE COURT:
                                   s/ *RICHARD G. KOPF*
                                   United States District Judge