IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD E. JACKSON, | ) | 8:07CV144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| ST. JAMES MANOR APTS., et al., | ) | |
| | ) | |
| Defendants. | ) | |

On April 30, 2007, the court entered an order that consolidated this case with Case No. 8:06cv715. (Filing 5.) The order specifically directed the plaintiff to file all future pleadings in Case No. 8:06cv715. Disregarding the court's order, the plaintiff, who appears pro se, filed an amended complaint in this case on September 11, 2007.[1] (Filing 12.) That unauthorized pleading will be ordered stricken on the court's own motion.

IT IS ORDERED that:

1. Plaintiff's amended complaint (filing 12) is stricken from the court file; and

2. Unless otherwise ordered, the clerk of the court shall not accept any further filings from the plaintiff in this case, but shall return them to him, unfiled.

September 24, 2007.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge

---

[1] The plaintiff also filed a different amended complaint in Case No. 8:06cv715 on September 11, 2007.